**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Juan Manuel PEREZ–TORRES,
Defendant–Appellant.**

**No. 12–40093
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 20, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Ruben R. Lerma, Jr., Esq., Corpus Christi, TX, for Defendant–Appellant.

Juan Manuel Perez–Torres, Marianna, FL, pro se.

Before REAVLEY, JOLLY, and DAVIS, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Juan Manuel Perez–Torres has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Perez–Torres has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.